**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**REINALDO A. RIOS,**

     **Plaintiff,**

**v.**                                    **Case No.: 8:26-cv-00355-AAS**

**COMMISSIONER OF SOCIAL**
**SECURITY,**

     **Defendant.**

_____/

## ORDER

The Commissioner of Social Security (Commissioner) moves to remand this case for further action under sentence four of 42 U.S.C. § 405(g). (Doc. 12). This request is unopposed. (*Id.* at p. 1).

Accordingly, the decision of the Commissioner is reversed under sentence four of 42 U.S.C. § 405(g) and remanded with these instructions:

> (1) take any further action needed to complete the administrative record; and (2) issue a new decision. The agency will assign a different administrative law judge (ALJ), provide the plaintiff with the opportunity for a hearing before the newly assigned ALJ to further evaluate the plaintiff's claims, and issue a new decision.

(*Id.*).

The Clerk of the Court is directed to enter judgment in favor of the plaintiff and close the file.

1

**ORDERED** in Tampa, Florida, on June 10, 2026.

AMANDA ARNOLD SANSONE
United States Magistrate Judge

2