**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**REINALDO A. RIOS,**

**Plaintiff,**

**v.** **Case No.: 8:26-cv-355-AAS**

**FRANK BISIGNANO,**
**Commissioner of the Social Security Administration,**

**Defendant.**
**_______________________________________/**

# ORDER

Plaintiff Reinaldo A. Rios moves for attorney's fees and costs under the Equal Access to Justice Act (EAJA), 28 U.S.C. Section 2412. (Doc. 16). The Commissioner does not oppose the motion. (*Id.*, p. 2).

Mr. Rios requests $5,590.00 in attorney's fees and $405.00 in costs. The EAJA permits awards for reasonable attorney's fees and costs to a prevailing party against the United States. 28 U.S.C. § 2412. A June 10, 2026 order remanded the Commissioner's final decision under sentence four of 42 U.S.C. Section 405(g) for further administrative proceedings. (Doc. 13). The Clerk of Court entered judgment in favor of Mr. Rios. (Doc. 17).

The Commissioner does not contest the following: Mr. Rios is the prevailing party; the Commissioner's position was not substantially justified; and Mr. Rios's attorney's fees and costs request is reasonable. A court should

grant a Social Security claimant's request for attorney's fees when it is unopposed. *See Jones v. Colvin*, No. 8:13-CV-2900-T-33AEP, 2015 WL 7721334 (M.D. Fla. Nov. 30, 2015) (awarding unopposed attorney's fees request). Thus, Mr. Rios is entitled to $5,590.00 in attorney's fees and $405.00 in costs.

Attorney's fees awarded to a claimant under the EAJA can be offset to satisfy the claimant's pre-existing debt to the United States. *Astrue v. Ratliff*, 560 U.S. 586, 589 (2010). Following an order, the United States Department of the Treasury will determine whether Mr. Rios owes a debt to the United States. Mr. Rios assigned his rights to EAJA fees and costs to his attorney. (Doc. 17-1). So, if Mr. Rios has no federal debt, the United States will accept his assignment of EAJA fees and costs and will pay them directly to counsel.

Accordingly, it is **ORDERED** that Mr. Rios's motion for attorney's fees and costs under the EAJA (Doc. 16) is **GRANTED**. Mr. Rios is awarded **$5,590.00** in attorney's fees and **$405.00** in costs.

**ORDERED** in Tampa, Florida, on August 26, 2026.

Amanda Arnold Sansone

AMANDA ARNOLD SANSONE
United States Magistrate Judge